AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

WASKAR Pena

APPEARANCE

CASE NUMBER: 1:05M156A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

WaskAR PenA

I certify that I am admitted to practice in this court.

12/12/05
*Date*

EV for John Bevilaqua
*Signature*

Emili Vaziri for John Bevilaqua #0420
*Print Name* *Bar Number*

380 Broadway
*Address*

Prov. RI 02909
*City* *State* *Zip Code*

*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.